**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID LOGAN,**

               **Plaintiff,**

**-vs-**                                     **Case No. 6:07-cv-999-Orl-22DAB**

**FLORIDA INVESTMENTS UNLIMITED,**
**INC., d/b/a: Team Staffing Services, and**
**BETH STEELE,**

               **Defendants.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement (Doc. No. 17) filed September 19, 2007.

The United States Magistrate Judge has submitted a report recommending that the settlement be accepted as a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed October 17, 2007 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

      2.      The Joint Motion for Approval of Settlement Agreement (Doc. No. 17) is **GRANTED**. The Court finds that the settlement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel.

      3.      This case is hereby **DISMISSED WITH PREJUDICE**.

      4.      The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 6, 2007.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge